AMICO MONACELLI, as Administrator, etc., of ELVIRA MONACELLI, Deceased, Appellant, v. THE ROCHESTER, LOCKPORT AND BUFFALO RAILROAD COMPANY and Another, Respondents.— Judgment reversed on the law, and new trial granted, with costs to appellant to abide event, on the ground that the questions

of defendant's negligence and plaintiff's freedom from negligence which contributed to the accident, should have been submitted to the jury. All concur.